# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anish Budha, | No. CV-26-02416-PHX-MTL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| David R. Rivas, et al., | |
| Respondents. | |

On April 8, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and, the next day, an Amended a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Doc. 7).[1]

Petitioner is a native of Nepal who arrived in the United States in December 2024 seeking asylum and was taken into immigration custody.  Petitioner was determined to have a credible fear of persecution, but, on August 20, 2025, an immigration judge (IJ) denied Petitioner's asylum application and related relief, and ordered that he be removed to Nepal.  Petitioner timely appealed that order, and his appeal remains ongoing. Accordingly, Petitioner alleges that his prolonged detention violates his due process rights and the Immigration and Nationality Act ("INA") and Administrative Procedure Act.

This Court has held that an alien unlawfully present in the United States "has only those rights regarding admission that Congress has provided by statute."  *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 140 (2020); *see also Lopez v. Noem*, CV-

---

[1] The amended petition supersedes the original petition.

26-00345 (JHR), 2026 WL 266597, at *3 (S.D.N.Y. Feb. 2, 2026). Congress has provided that aliens determined to have a credible fear of persecution "shall be detained for further consideration of the application for asylum." 8 U.S.C. § 1225(b)(1)(B)(ii). Because Petitioner's appeal of the denial of his asylum application remains ongoing, he is therefore not entitled under the INA to a bond hearing under 8 U.S.C. § 1226(b) or the Due Process Clause. The Petition will therefore be dismissed without prejudice.

**IT IS ORDERED** that the Amended Petition for Writ of Habeas Corpus (Doc. 7) is **denied**. The Clerk of Court must enter judgment accordingly and close this case.

Dated this 10th day of April, 2026.

Michael T. Liburdi
United States District Judge

- 2 -